■ CENTRAL CITY ROOFING CO., INC., Respondent, v ALTMAR-PARISH-WILLIAMSTOWN CENTRAL SCHOOL DISTRICT et al., Appellants, et al., Defendant. [951 NYS2d 438]—

Present—Smith, J.P., Peradotto, Carni, Lindley and Martoche, JJ.